# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 22, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153937(75)

LANCIA JEEP HELLAS S.A.,
      Plaintiff-Appellant,

v

CHRYSLER GROUP INTERNATIONAL LLC,
FIAT S.P.A., and FIAT GROUP AUTOMOBILES
S.P.A.,
      Defendants-Appellees.
_____/

SC: 153937
COA: 329481
Oakland CC: 2014-142918-CZ

On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted for filing if submitted on or before August 23, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 22, 2016

